# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**


## NO. 02-15-00132-CR

DAVID RODRIGUEZ                                        APPELLANT

V.

THE STATE OF TEXAS                                    STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1339987D

----------

## MEMORANDUM OPINION[1]

----------

Appellant David Rodriguez pleaded guilty to possession of a controlled substance of less than one gram in exchange for 180 days' confinement in state jail and now attempts to appeal this conviction. On April 29, 2015, we notified appellant that the trial court's certification of his right to appeal states that this is a plea-bargain case and that he has no right of appeal. We informed appellant that

---

[1]*See* Tex. R. App. P. 47.4.

unless he or any party desiring to continue the appeal filed with the court, on or before May 11, 2015, a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT AND SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 13, 2015